No. 615. WIENER *v.* UNITED STATES. Court of Claims. Certiorari granted. *I. H. Wachtel* for peti-

tioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.